### 9784. POSEY v. FLOYD COUNTY.

LUKE, J. The conflict in the evidence in this case made a jury question. A discussion of the evidence is not had here, because of the possibility that it might jeopardize the rights of the parties in another trial of this case. The court erred in directing the verdict and in not submitting the issues, under an appropriate charge, to the jury. See *City of Rome* v. *Brooks*, 7 Ga. App. 244 (66 S. E. 627).

　　　　　　　　　*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
　　　　　　　　　DECIDED JANUARY 14, 1919.

Action for damages; from city court of Floyd county—Judge Nunnally. March 8, 1918.

*Maddox & Doyal*, for plaintiff.

*Graham Wright*, for defendant.